Judiciary eCourts System - General Equity - Foreclosure

- Home
- Help
- Logout

CASE JACKET
User:JAVIER MERINO
## Docket Number: SWC F 003024 - 09

[ Back ]      [ Create Summary Report ]

Case Caption: Provident Funding As Vs Bhatt Rajanikan

Court: General Equity-Foreclosure    Venue: Middlesex    Case Initiation Date: 01/14/2009

Case Type: Residential Mortgage Foreclosure    Case Status: Defaulted

Case Track:    Judge:

| Plaintiffs (1) | Defendants (4) | Properties (1) |
|---|---|---|

Provident Funding Associates    AKA

### Case Actions

| Filed Date | Filings | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|---|
| 9/12/2017 | 📎 ✉ | MOTION TO SET ASIDE SHERIFFS SALE submitted by METRICK, IRA, J of IRA J. METRICK ATTORNEY AT LAW, LLC on behalf of RAJANIKAN T BHATT, DEVICA BHATT against PROVIDENT FUNDING ASSOCIATES | CHC20176707869 | 9/12/2017 |
| 9/12/2017 | ✉ | The motion filed on 09/12/2017 will be decided on 09/29/2017. Do not come to the courthouse because no oral argument has been requested. The court's decision will be sent to you. Re: MOTION TO SET ASIDE SHERIFFS SALE [CHC2017670786] | CHC20176709489 | 9/12/2017 |
| 9/19/2017 | 📎 ✉ | MISCELLANEOUS DOCUMENT - Adjournment Request submitted by MCNEIL, MICHAEL, BRIAN of POWERS KIRN, LLC on behalf of PROVIDENT FUNDING ASSOCIATES against RAJANIKAN T BHATT | CHC20176874729 | 9/19/2017 |
| 9/19/2017 | ✉ | The motion filed on 09/12/2017 will be decided on 10/13/2017. Do not come to the courthouse because no oral argument has been requested. The court's decision will be sent to you. Re: MOTION TO SET | CHC20176877079 | 9/19/2017 |

| Filed Date | Filings | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|---|
| 9/21/2017 | 📎 ✉ | ASIDE SHERIFFS SALE [CHC2017670786] MISCELLANEOUS DOCUMENT - Confirming Letter submitted by MCNEIL, MICHAEL, BRIAN of POWERS KIRN, LLC on behalf of PROVIDENT FUNDING ASSOCIATES against RAJANIKAN T BHATT | CHC2017693692 | 9/21/2017 |
| 10/4/2017 | 📎 ✉ | OBJECTION/OPPOSITION submitted by MCNEIL, MICHAEL, BRIAN of POWERS KIRN, LLC on behalf of PROVIDENT FUNDING ASSOCIATES against RAJANIKAN T BHATT | CHC2017721600 | 10/4/2017 |

Showing 1 to 6 of 6 entries

JEFIS Case Actions

| Created Date | Filings | Document Type | Description | Attorney Name | Firm Name |
|---|---|---|---|---|---|
| 08/05/2010 | 📎 | Complaint | Complaint | Source Corp | Source Corp |
| 08/05/2010 | 📎 | Return-Service | Return-Service | Source Corp | Source Corp |
| 08/05/2010 | 📎 | Req-Default | Req-Default | Source Corp | Source Corp |
| 08/05/2010 | 📎 | Return-Service | Return-Service | Source Corp | Source Corp |
| 08/05/2013 | 📎 | CMPost | NTC: FORECLOSURE DISMISSAL WARNING | | |
| 09/16/2013 | 📎 | CMPost | NTC: FORECLOSURE DISMISSAL ORDER | | |
| 11/20/2013 | 📎 | Motion | MOTION TO VACATE DISMISSAL | Shari Seffer | Fein, Such, Kahn & Shepar |
| 11/20/2013 | 📎 | Motion | MOTION TO VACATE DISMISSAL | Shari Seffer | Fein, Such, Kahn & Shepar |
| 11/20/2013 | 📎 | Motion | Motion | Shari Seffer | Fein, Such, Kahn & Shepar |
| 11/20/2013 | 📎 | Motion | Motion | Shari Seffer | Fein, Such, Kahn & Shepar |
| 01/17/2014 | 📎 | Obj-Motion | Obj-Motion 1/13/14 | | |
| 01/27/2014 | 📎 | Proof-Mail | Proof-Mail | Shari Seffer | Fein, Such, Kahn & Shepar |
| 02/19/2014 | 📎 | Motion | REINSTATE CASE | Shari Seffer | Fein, Such, Kahn & Shepar |

| Created Date | Filings | Document Type | Description | Attorney Name | Firm Name |
|---|---|---|---|---|---|
| 02/19/2014 | | Motion | REINSTATE CASE | Shari Seffer | Fein, Such, Kahn & Shepar |
| 02/19/2014 | | Motion | Motion | Shari Seffer | Fein, Such, Kahn & Shepar |
| 02/19/2014 | | Motion | Motion | Shari Seffer | Fein, Such, Kahn & Shepar |
| 04/02/2014 | | Orders-Signed | Order Vacate Dismissal | | |
| 04/03/2014 | | Proof-Mail | Proof-Mail | Shari Seffer | Fein, Such, Kahn & Shepar |
| 04/14/2014 | | Orders-Signed | Orders-Signed | | |
| 07/17/2014 | | Judgments | JUDGMENT PACKAGE RECEIVED (FOR | Nicholas Canova | Fein, Such, Kahn & Shepar |
| 07/17/2014 | | Judgments | Fair Foreclosure Act notice | Nicholas Canova | Fein, Such, Kahn & Shepar |
| 07/17/2014 | | Judgments | Certification of Diligent Inquiry | Nicholas Canova | Fein, Such, Kahn & Shepar |
| 07/17/2014 | | Judgments | Assignment of Mortgage | Nicholas Canova | Fein, Such, Kahn & Shepar |
| 07/17/2014 | | Judgments | Certification of Counsel | Nicholas Canova | Fein, Such, Kahn & Shepar |
| 07/17/2014 | | Judgments | Final Judg Appl-JudgRes | Nicholas Canova | Fein, Such, Kahn & Shepar |
| 07/17/2014 | | Judgments | Final Judg Appl-JudgRes | Nicholas Canova | Fein, Such, Kahn & Shepar |
| 07/17/2014 | | Judgments | Cert of military status | Nicholas Canova | Fein, Such, Kahn & Shepar |
| 07/17/2014 | | Judgments | Final Judg Appl-JudgRes | Nicholas Canova | Fein, Such, Kahn & Shepar |
| 07/17/2014 | | Judgments | Final Judg Appl-JudgRes | Nicholas Canova | Fein, Such, Kahn & Shepar |
| 07/17/2014 | | Judgments | Final Judg Appl-JudgRes | Nicholas Canova | Fein, Such, Kahn & |

| Created Date | Filings | Document Type | Description | Attorney Name | Firm Name |
|---|---|---|---|---|---|
| 07/17/2014 | 📎 | Judgments | Final Judg Appl-JudgRes | Nicholas Canova | Shepar Fein, Such, Kahn & Shepar |
| 07/17/2014 | 📎 | Judgments | Final Judg Appl-JudgRes | Nicholas Canova | Fein, Such, Kahn & Shepar |
| 07/17/2014 | 📎 | Judgments | Final Judg Appl-JudgRes | Nicholas Canova | Fein, Such, Kahn & Shepar |
| 08/21/2014 | 📎 | Corresp-General | Cost Sheet | | |
| 08/21/2014 | 📎 | Judgments | UNCONTESTED JUDGMENT | | |
| 08/21/2014 | 📎 | Writ | WRIT OF EXECUTION | | |
| 08/22/2014 | 📎 | CMPost | NTC: FORECLOSURE WRIT NOTICE | | |
| 08/22/2014 | 📎 | CMPost | NTC: FORECLOSURE JUDGMENT NOTICE | | |
| 08/22/2014 | 📎 | Proof-Mail | Proof-Mail | Nicholas Canova | Fein, Such, Kahn & Shepar |
| 09/17/2014 | 📎 | Motion | MOTION VACATING JUDGMENT AND EXECUTION | Nicholas Canova | Fein, Such, Kahn & Shepar |
| 09/17/2014 | 📎 | Motion | MOTION VACATING JUDGMENT AND EXECUTION | Nicholas Canova | Fein, Such, Kahn & Shepar |
| 09/17/2014 | 📎 | Motion | Motion | Nicholas Canova | Fein, Such, Kahn & Shepar |
| 09/17/2014 | 📎 | Motion | Motion | Nicholas Canova | Fein, Such, Kahn & Shepar |
| 04/16/2015 | 📎 | Orders-Signed | Orders vac final judgmt & exe | | |
| 05/28/2015 | 📎 | Bankruptcy | Order Discharging Bankruptcy | Dolores M Dealmeida | Fein, Such, Kahn & Shepar |
| 06/01/2015 | 📎 | Complaint-Other | Complaint-Other | Robert E Smithson Jr | Fein, Such, Kahn & Shepar |
| 06/25/2015 | 📎 | Return-Service | Return-Service | Dolores M Dealmeida | Fein, Such, Kahn & Shepar |
| 06/25/2015 | 📎 | Certifications | Certifications | Dolores M Dealmeida | Fein, Such, Kahn & Shepar |
| 07/18/2015 | 📎 | Ans-Non-Contest | ANSWER TO COMPLAINT,CROSSCLAIM,COUNTERCL | Marlena S Miller | McGovern Legal Services |
| 07/22/2015 | 📎 | CMPost | NTC: ANSWER FILED | | |

| Created Date | Filings | Document Type | Description | Attorney Name | Firm Name |
|---|---|---|---|---|---|
| 09/02/2015 | 📎 | Req-Default | REQUEST FOR DEFAULT | Simone Sebastian | Fein, Such, Kahn & Shepar |
| 02/05/2016 | 📎 | Judgments | Final Judg Appl-JudgRes | Simone Sebastian | Fein, Such, Kahn & Shepar |
| 02/05/2016 | 📎 | Judgments | Final Judg Appl-JudgRes | Simone Sebastian | Fein, Such, Kahn & Shepar |
| 02/05/2016 | 📎 | Judgments | Final Judg Appl-JudgRes | Simone Sebastian | Fein, Such, Kahn & Shepar |
| 02/05/2016 | 📎 | Judgments | Final Judg Appl-JudgRes | Simone Sebastian | Fein, Such, Kahn & Shepar |
| 02/05/2016 | 📎 | Judgments | Final Judg Appl-JudgRes | Simone Sebastian | Fein, Such, Kahn & Shepar |
| 02/05/2016 | 📎 | Judgments | Final Judg Appl-JudgRes | Simone Sebastian | Fein, Such, Kahn & Shepar |
| 02/05/2016 | 📎 | Judgments | Final Judg Appl-JudgRes | Simone Sebastian | Fein, Such, Kahn & Shepar |
| 02/05/2016 | 📎 | Judgments | Final Judg Appl-JudgRes | Simone Sebastian | Fein, Such, Kahn & Shepar |
| 02/05/2016 | 📎 | Judgments | Final Judg Appl-JudgRes | Simone Sebastian | Fein, Such, Kahn & Shepar |
| 02/05/2016 | 📎 | Judgments | Final Judg Appl-JudgRes | Simone Sebastian | Fein, Such, Kahn & Shepar |
| 02/05/2016 | 📎 | Judgments | Final Judg Appl-JudgRes | Simone Sebastian | Fein, Such, Kahn & Shepar |
| 02/05/2016 | 📎 | Judgments | Final Judg Appl-JudgRes | Simone Sebastian | Fein, Such, Kahn & Shepar |
| 02/05/2016 | 📎 | Judgments | Final Judg Appl-JudgRes | Simone Sebastian | Fein, Such, Kahn & Shepar |
| 02/05/2016 | 📎 | Judgments | Final Judg Appl-JudgRes | Simone Sebastian | Fein, Such, Kahn & Shepar |
| 02/05/2016 | 📎 | Judgments | Final Judg Appl-JudgRes | Simone Sebastian | Fein, Such, Kahn & Shepar |
| 03/28/2016 | 📎 | Judgments | UNCONTESTED JUDGMENT | | |
| 03/28/2016 | 📎 | Writ | WRIT OF EXECUTION | | |

| Created Date | Filings | Document Type | Description | Attorney Name | Firm Name |
|---|---|---|---|---|---|
| 03/28/2016 | 📎 | CORRESP-GENERAL | cost sheet | | |
| 03/28/2016 | 📎 | CORRESP-GENERAL | Cost sheet | | |
| 03/29/2016 | 📎 | CMPost | NTC: FORECLOSURE WRIT NOTICE | | |
| 03/29/2016 | 📎 | CMPost | NTC: FORECLOSURE JUDGMENT NOTICE | | |
| 04/08/2016 | 📎 | Sub-Atty | Sub-Atty | Sarah E Powers | Powers Kirn, LLC |
| 05/04/2016 | 📎 | Proof-Mail | Proof-Mail | Sarah E Powers | Powers Kirn, LLC |
| 07/22/2016 | 📎 | Proof-Mail | Proof-Mail | Sarah E Powers | Powers Kirn, LLC |

Showing 1 to 74 of 74 entries

- Screen ID : ECCV3001
- © Copyright NJ Judiciary 2016

BUILD: CivilCaseJacket_2017.2.0.00.21