**16-27907-KCF** Rajanikant Bhagwatprasad Bhatt
**Case type:** bk **Chapter:** 13 **Asset:** Yes **Vol:** v **Chief Judge:** Kathryn C. Ferguson
**Date filed:** 09/19/2016 **Date of last filing:** 09/17/2017
**Debtor dismissed:** 07/31/2017

# History

| Doc. No. | Dates | | Description |
|---|---|---|---|
|   | *Filed & Entered:* | 09/19/2016 | Credit Card/Debit Card Payment |
| 1 | *Filed & Entered:* | 09/19/2016 | Voluntary Petition (Chapter 13) |
| 2 | *Filed & Entered:* | 09/19/2016 | Chapter 13 Plan and Motions |
| 3 | *Filed & Entered:* | 09/19/2016 | Certificate of Credit Counseling |
|   | *Filed & Entered:* | 09/20/2016 | Remark |
| 4 | *Filed & Entered:* | 09/20/2016 | Auto Assignment Meeting of Creditors - Add Trustee; Chapter 13 |
| 5 | *Filed & Entered:* | 09/20/2016 | Confirmation Hearing Scheduled |
| 6 | *Filed:* *Entered:* | 09/22/2016 09/23/2016 | BNC Hearing Notice for Confirmation |
| 7 | *Filed:* *Entered:* | 09/22/2016 09/23/2016 | BNC Notice & Order to Pay Trustee |
| 8 | *Filed:* *Entered:* | 09/22/2016 09/23/2016 | BNC Certificate of Notice - Meeting of Creditors |
| 9 | *Filed:* *Entered:* | 09/22/2016 09/23/2016 | BNC Chapter 13 Plan |
| 10 | *Filed & Entered:* | 09/23/2016 | Notice of Appearance and Request |
| 11 | *Filed & Entered:* | 10/11/2016 | Notice of Appearance and Request |
| 12 | *Filed & Entered:* | 10/17/2016 | Notice of Appearance and Request |
|   | *Filed & Entered:* | 11/10/2016 | Statement Adjourning Meeting of Creditors |
|   | *Filed & Entered:* | 11/14/2016 | Determination of Adjournment Request -Ch. 13 Trustee |

| | | | |
|---|---|---|---|
| 13 | Filed & Entered: | 11/29/2016 | Objection |
| | Filed: Entered: | 11/30/2016 12/01/2016 | Confirmation Hearing Rescheduled |
| 14 | Filed & Entered: | 12/12/2016 | Notice to File Financial Management |
| 15 | Filed: Entered: | 12/14/2016 12/15/2016 | BNC Certificate of Notice |
| | Filed & Entered: | 01/04/2017 | Statement Adjourning Meeting of Creditors |
| 16 | Filed & Entered: | 01/05/2017 | Notice of Appearance and Request |
| 17 | Filed & Entered: | 01/05/2017 | Trustee's Objection to Confirmation of Plan |
| 18 | Filed & Entered: Terminated: | 02/15/2017 03/09/2017 | Motion for Approval to Participate in the Court's Loss Mitigation Program. |
| 19 | Filed & Entered: | 02/15/2017 | Modification of Chapter 13 Plan and Motions - Before Confirmation |
| 20 | Filed & Entered: | 02/21/2017 | Document |
| | Filed: Entered: | 02/22/2017 02/24/2017 | Confirmation Hearing Rescheduled |
| 21 | Filed & Entered: | 02/28/2017 | Objection |
| 22 | Filed & Entered: | 03/07/2017 | Pre-Confirmation Certification of Compliance |
| | Filed: Entered: | 03/08/2017 03/09/2017 | Hearing Held |
| 23 | Filed: Entered: | 03/09/2017 03/10/2017 | Order on Motion for Approval to Participate in the Court's Loss Mitigation Program |
| 24 | Filed: Entered: | 03/12/2017 03/13/2017 | BNC Certificate of Notice - Order |
| 25 | Filed & Entered: | 03/20/2017 | Notice of Appearance and Request |
| 26 | Filed & Entered: | 03/21/2017 | Objection |
| 27 | Filed & Entered: Terminated: | 03/27/2017 06/16/2017 | Motion to Expunge/Reduce/Modify/Object to Claims |
| | Filed: Entered: | 03/29/2017 03/30/2017 | Confirmation Hearing Rescheduled |

|  | Filed:<br>Entered: | 03/29/2017<br>04/03/2017 | Confirmation Hearing Rescheduled |
|---|---|---|---|
| 28 | Filed & Entered: | 04/19/2017 | Application to Extend or Terminate Loss Mitigation |
| 29 | Filed & Entered: | 04/24/2017 | Objection |
|  | Filed & Entered: | 04/25/2017 | Hearing (Document) Scheduled |
|  | Filed:<br>Entered: | 05/10/2017<br>05/11/2017 | Hearing (Document) Rescheduled |
| doc | Filed & Entered: | 05/15/2017 | Notice of Postpetition Mortgage Fees, Expenses, and Charges |
| 30 | Filed & Entered: | 05/17/2017 | Opposition |
|  | Filed & Entered: | 05/24/2017 | Hearing (Document) Rescheduled |
|  | Filed & Entered: | 05/24/2017 | Hearing (Document) Rescheduled |
|  | Filed & Entered: | 06/14/2017 | Hearing Held |
|  | Filed & Entered: | 06/14/2017 | Hearing (Document) Rescheduled |
|  | Filed:<br>Entered: | 06/14/2017<br>06/15/2017 | Confirmation Hearing Rescheduled |
| 31 | Filed & Entered: | 06/16/2017 | Order on Motion to Modify Claims |
| 32 | Filed:<br>Entered: | 06/18/2017<br>06/19/2017 | BNC Certificate of Notice - Order |
|  | Filed & Entered: | 07/25/2017 | Credit Card/Debit Card Payment |
| 33 | Filed & Entered: | 07/25/2017 | Modification of Chapter 13 Plan and Motions - Before Confirmation |
| 34 | Filed & Entered: | 07/25/2017 | Amended Schedules (Fee Attorney) |
|  | Filed:<br>Entered: | 07/26/2017<br>07/27/2017 | Hearing Held |
|  | Filed:<br>Entered: | 07/26/2017<br>07/27/2017 | Hearing Held |
| 35 | Filed & Entered: | 07/26/2017 | Certificate of Service |
| 36 | Filed & Entered: | 07/31/2017 | Order Dismissing Case |

| | | | |
|---|---|---|---|
| 37 | *Filed & Entered:* *Terminated:* | 07/31/2017 09/15/2017 | 🌐 Application for Compensation |
| 38 | *Filed:* *Entered:* | 08/02/2017 08/03/2017 | 🌐 BNC Certificate of Notice - Order Dismissing Case |
| 39 | *Filed:* *Entered:* | 08/02/2017 08/03/2017 | 🌐 BNC Certificate of Notice - Order |
| 40 | *Filed:* *Entered:* | 08/04/2017 08/05/2017 | 🌐 BNC Hrg Ntc Aplc for Compensation |
| | *Filed & Entered:* | 09/14/2017 | 🌐 Hearing Held |
| 41 | *Filed & Entered:* | 09/15/2017 | 🌐 Order on Application for Compensation |
| 42 | *Filed:* *Entered:* | 09/17/2017 09/18/2017 | 🌐 BNC Certificate of Notice - Order |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/01/2017 19:15:28 | | | |
| **PACER Login:** | merinolawpc | **Client Code:** | |
| **Description:** | History/Documents | **Search Criteria:** | 16-27907-KCF Type: History |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |